In the Matter of the Application of WOODWELL HOLDING CORPORATION, Petitioner, for an Order of Certiorari against THE TOWN BOARD OF THE TOWN OF NORTH HEMPSTEAD, COUNTY OF NASSAU, NEW YORK, and Others, Respondents. — Certiorari proceeding dismissed and determination of the town board unanimously confirmed, with fifty dollars costs and disbursements, on the ground that the petitioner did not comply with the terms of section 348 of the Village Law in making its application for annexation. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

JOSEPH KANDELL, Appellant, v. J. P. MAGNER BATHS, INC., and Others, Respondents, Impleaded with Others, Defendants.— Order setting aside *ex parte* order which directed the sale of real property under a judgment of foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

GEORGE T. KELLY, Respondent, v. THE CITY OF YONKERS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ELIZABETH M. MAAR, Respondent, v. PETER MILOCH, J. P. LEHRER, Appellants, and PERCY H. KILMER, Defendant. (Action No. 3.) — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

HENRY MAAR, Respondent, v. PETER MILOCH, J. P. LEHRER, Appellants, and PERCY H. KILMER, Defendant. (Actions Nos. 1 and 2.) — Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

JOSEPH MICHAEL, Respondent, v. CHARLES I. H. GREENBAUM and MATILDA GREENBAUM, Appellants.— On reargument, judgment as amended by order dated March 4, 1932, and order denying motion for a new trial reversed on the law and the facts as to defendant Charles I. H. Greenbaum and a new trial granted, costs to said defendant to abide the event, unless within five days from the entry of the order herein and service of a copy thereof with notice of entry on plaintiff's attorney, plaintiff stipulate that the verdict herein be reduced to $2,500, with interest from June 3, 1930, to rendition of verdict, and costs; in which event the judgment as so modified and the order denying motion for a new trial are unanimously affirmed, without costs. As to defendant Matilda Greenbaum, on the court's motion, judgment reversed on the law and the facts, without costs, and complaint dismissed, without costs. Defendant Matilda Greenbaum's appeal from order denying motion for a new trial is dismissed. The appeal from the order amending the judgment is dismissed. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur. [See 237 App. Div. 907; *ante*, p. 849.]

BENJAMIN W. MOORE and FREDERICK D. BREITHACK, Respondents, v. THE CITY OF YONKERS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.